UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| James Joseph Juluke, Jr <br> *Plaintiff* | § <br> § <br> § <br> § <br> § |
| v. | § Case No. 3:14-cv-00129-G-BN <br> § <br> § |
| Inland American Dallas Prestonwood GP LLC, et al <br> *Defendant* | § <br> § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Brian C. Blair of Baker & Hostetler, LLP_____, with offices at

200 S. Orange Ave., Suite 2300_____
(Street Address)

Orlando_____  Florida_____  32801_____
(City)                                              (State)                      (Zip Code)

407-649-4000_____.
(Telephone No.)

II. Applicant will sign all filings with the name /s/ Brian C. Blair_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

bblair@bakerlaw.com_____.
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

| Inland American Dallas Prestonwood GP LLC and Inland American Dallas Prestonwood Limited Partnership |
|---|

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of

Florida_____, where Applicant regularly practices law.

Bar license number: 0973084_____  Admission date: 04/27/1993_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC Northern District of FL | 1/24/97 | Active |
| USDC Middle District of FL | 10/13/94 | Active |
| USDC Southern District of FL | 04/25/97 | Active |
| US Supreme Court | 6/2/97 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                Case No. And Style:

11/26/2013                          3:13-cv-02113-N; Gary Gaylord v. Inland Western Dallas Lincoln Park LP, LLC

(If necessary, attach statement of additional applications.)

X.   Local counsel of record associated with Applicant in this matter is

Farrell A. Hochmuth of Baker & Hostetler, LLP _____ who has offices at

811 Main Street, Suite 1100 _____
(Street Address)

Houston _____   Texas _____   77002 _____
(City)                                (State)             (Zip Code)

713-751-1600 _____ .
(Telephone No.)

XI.   Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __24th__ day of ____April____, __2014__.

Brian C. Blair _____
Printed Name of Applicant

_/s/ Brian C. Blair_____
Signature