IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) ) Case No.: 3:14-cv-0129-G-BN |
| v. | ) ) |
| INLAND AMERICAN DALLAS PRESTONWOOD LIMITED, PARTNERSHIP, an Illinois Limited Partnership, | ) ) ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, INLAND AMERICAN DALLAS PRESTONWOOD LIMITED PARTNERSHIP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
N.D. TX No. 597155FL
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
*Attorney for Plaintiff*

Dated: 12/19/14

Respectfully Submitted,

*/s/ Brian C. Blair*
Brian C. Blair, admitted *pro hac vice*
Florida Bar Number: 0973084
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida
Tel: 407.649.4000
Fax: 407.841.0168
*Attorney for Defendant*

Dated: 12/19/14

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Farrell A. Hochmuth, Esq. | Brian C. Blair |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| 811 Main Street, Suite 1100 | 200 S. Orange Avenue, Suite 2300 |
| Houston, TX 77002 | Orlando, Florida |

By: */s/ Louis I. Mussman*
　　　Louis I. Mussman, Esq.